UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

# ADR REPORT

File Electronically at ADR Documents – ADR Report by Mediator/Evaluator

Case Number and Name: 5:22-cv-414-G Twin Rock Partners LLC v Underwriters at Lloyds London et al

Name of Mediator/Evaluator: William D. Greenwood

TYPE OF ADR (check one):    (●) Mediation    ( ) Early Neutral Evaluation

ADR Session Held or to be Held: 9/1/22

Additional Session Held (if any):

Results of Referral to ADR:

- [ ] Case settled **before** ADR
- [✔] Case settled **at** ADR session
- [ ] Case did **not** settle
- [ ] Case will not be heard – Reason:
- [ ] Case settled in part – Explain:
- [ ] Parties Request Administrative Closing Order for _____ days
- [ ] Other – Explain:
- [✔] **Counsel were requested to notify court if case settled or settled in part and to file appropriate pleadings.**

Did neutral serve pro bono?    ( ) Yes    (●) No

Status of litigation when ADR occurred:

( ) TRO    ( ) Pre-Discovery    (●) Partial Discovery
( ) Full Discovery    ( ) Trial Preparation Commenced    ( ) Other:

Length of ADR session: 10 hours

Dated: 9/6/22

s/ William D. Greenwood         or      s/ _____
Mediator/Evaluator (Attorney Bar # _____ )         Mediator (Non-Attorney)
                                                  I certify that I have the signed original of this
                                                  document, which is available for inspection at any
                                                  time by the Court or a party to this action

(ATTENTION NEUTRAL: This form is to be **FILED ELECTRONICALLY** by the neutral **immediately** upon the conclusion of the ADR. This form must be completed and filed even if the session did not occur or the neutral is serving privately for any case pending in this Court. Additional forms may be retrieved from the Court's website at www.okwd.uscourts.gov)

**ONLY THE NEUTRAL IS TO FILE THIS FORM**
Any Notes or other information concerning this case that is not to be filed, please send separately to:

ADR ADMINISTRATOR c/o Court Clerk
U.S. Courthouse
Room 1210
200 N.W. 4th Street
Oklahoma City, OK 73102